UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>             Plaintiff, )<br>                         )<br>      vs.                     )<br>                         )<br>LIN, QIU XIANG          )<br>           Defendant. ) | USDC Cr. Cs. No. 04-00007-001<br><br>**TERMINATION**<br><br>FILED<br>Clerk<br>District Court<br>AUG – 8 2005<br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

Re:   **Report and Order Terminating Term of Supervised Release**

On July 13, 2004, Ms. Lin was sentenced in the District Court of the Northern Mariana Islands for Improper Entry By Alien, in violation of 8 U.S.C. She was sentenced to 172 days imprisonment followed by one year supervised release with conditions to include: that she be delivered to a duly authorized immigration official for deportation pursuant to 18 U.S.C. §3583(d), and with the established procedures provided by the Immigration and Naturalization Act under 8 U.S.C. §1101. A condition of supervised release was that she be delivered to a duly authorized immigration official for immediate deportation and that she shall remain outside the United States during her term of supervised release.

Ms. Lin was deported from Saipan to Republic of China on July 21, 2004. Ms. Lin's period of supervised release expired on July 20, 2005. Therefore, it is recommended that the she be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this 3rd day of August 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MARGARITA WONENBERG
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
      Defense Counsel
      File

TERMINATION
Report and Order Terminating Term of Supervised Release
Re: Lin, Qiu Xiang
USDC Cr. Cs. No. 04-00007-001
August 2, 2005
Page 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER OF THE COURT

Pursuant to the above report, it is ordered that Qiu Xiang Lin be discharged from supervised release and that the proceeding in the case be terminated.

Dated this ___6th___ day of August 2005.

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands